IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN DOLBIN, | : |
| Plaintiff, | : |
| v. | : 3:19-CV-1662 |
| TONY'S LLC d/b/a | : (JUDGE MARIANI) |
| TONY'S MEAT MARKET and | : |
| ANTHONY J. RICCIO d/b/a | : |
| TONY'S MEAT MARKET, | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 11th DAY OF SEPTEMBER, 2020, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 23) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 23) is **ADOPTED** for the reasons set forth therein.

2. Defendant's "Motion to Dismiss First Amended Complaint and/or Motion for More Definite Statement" (Doc. 10) is **DENIED**.

3. This action is **REMANDED** to Magistrate Judge Carlson for further pretrial proceedings in accordance with this Court's July 10, 2020 Order (Doc. 22).

Robert D. Mariani
United States District Judge